IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GREENVILLE COMMUNICATIONS, LLC          PLAINTIFF

V.                                      CIVIL ACTION NO. 4:07CV66-P-B

VERIZON COMMUNCATIONS, INC.;
VODAFONE GROUP, PLC; VERIZON
WIRELESS; DEUTSCHE TELEKOM AG;
T-MOBILE USA, INC., AT&T, INC., AT&T
MOBILITY, LLC, d/b/a CINGULAR
WIRELESS; SPRINT NEXTEL CORPORATION;
BOOST MOBILE, LLC; BOOST WORLDWIDE,
INC.; and ALLTELL CORPORATION           DEFENDANTS

## ORDER GRANTING ADDITIONAL TIME

By agreement of counsel for Plaintiffs, it is hereby ORDERED that defendant, Sprint Nextel Corporation has until June 15, 2007, within which to serve a responsive pleading to the Complaint filed against it in this action.

**SO ORDERED** this, the 7th day of June, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE