**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GREENVILLE COMMUNICATIONS, LLC,**                      **PLAINTIFF,**

**VS.**                      **CIVIL ACTION NO. 4:07CV66-P-B**

**VERIZON COMMUNICATIONS, INC., ET AL.,**            **DEFENDANTS.**

**ORDER OF TRANSFER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendants' Joint Motion to Transfer Venue to the District of New Jersey [61] is hereby **GRANTED**; therefore,

(2) Pursuant to 28 U.S.C. § 1404(a), this case shall be **TRANSFERRED** to the United States District Court for the District of New Jersey.

**SO ORDERED** this the 27th day of August, A.D., 2007.

                                           /s/ W. Allen Pepper, Jr.
                                           W. ALLEN PEPPER, JR.
                                           UNITED STATES DISTRICT JUDGE